```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 16-03216-JJT
Christopher A. Davis                                                 Chapter 13
Greta L. Davis
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: LyndseyPr          Page 1 of 1          Date Rcvd: Aug 28, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db/jdb         +Christopher A. Davis,    Greta L. Davis,    109 Brickley Drive,    P.O. Box 563,
                 Blanchard, PA 16826-0563
4818977        +Clarksburg Masonic Building Company,    427 W. Pike St.,    Clarksburg, WV 26301-2774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Donald M Hahn    on behalf of Joint Debtor Greta L. Davis dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Christopher A. Davis dhahn@nittanylaw.com
              Robin A. Read    on behalf of Creditor   Home National Bank rread@mpvhlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHRISTOPHER A. DAVIS | : | CASE NO.:  4-16-bk-03216-JJT |
| pdba ACCESS AMERICA | : | |
| pdba DAVIS LAW OFFICES | : | |
| GRETA L. DAVIS | : | |
| pdba DAVIS LAW FIRM | : | |
| Debtors | : | |
| | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| CLARKSBURG MASONIC BUILDING CO. | : | |
| Claimant | : | |

## ORDER

AND NOW, at Williamsport, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 40 of Clarksburg Masonic Building Co. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 40 of Clarksburg Masonic Building Co. shall be deemed untimely filed.

By the Court,

Dated: August 28, 2017

John J. Thomas, Bankruptcy Judge
(PJR)